ACCEPTED
04-14-00792-Cv
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
1/30/2015 11:12:24 AM
KEITH HOTTLE
CLERK

04-14-00792-CV

NO. 2011-CI-14755

| | | |
|---|---|---|
| **FRANK HERNANDEZ** | § | **IN THE DISTRICT COURT** |
| **VS** | § | **150TH JUDICIAL DISTRICT** |
| **STATE OF TEXAS** | § | **BEXAR COUNTY, TEXAS** |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
01/30/2015 11:12:24 AM
KEITH E. HOTTLE
Clerk

## FIRST MOTION FOR EXTENSION OF TIME TO FILE STATE'S BRIEF

TO THE HONORABLE COURT OF APPEALS:

NOW COMES, NICHOLAS "NICO" LAHOOD, Criminal District Attorney of Bexar County, Texas, and Counsel for the State of Texas, and files this first motion asking the Court extend the time for filing the State's brief in the above cause.

### I. Statement of the Case

1. This is a Chapter 59 seizure case.

2. The style and number of the case in the trial court is 2011-CI-14755. Frank Hernandez v. The State of Texas.

3. The State is appealing the Courts ruling on its Plea to the Jurisdiction which the State filed on September 29, 2014.

4. That Plea was denied by the Honorable Judge Salinas on the 166th Judicial Court Of Bexar County on December 30, 2014.

5. The deadline for the State's Appeal is January 30, 2015.

6. This is the State's first request for an 30-day extension.

1

## II. Reasons for Extension

This extension is not sought for the purposes of delaying this appeal; but for the following reasons:

1. Counsel for the State is currently handling his regular asset forfeiture docket of 300 + cases while pursuing this appeal.

2. Counsel for the State has recently had to physically move his office location due to the recent election of a new Criminal District Attorney.

3. This is only the second Appeal for the Counsel for the State.

The State is asking the Court for a 30 day extension in order to complete its brief.

The State has not requested nor have any other extensions already been granted.

WHEREFORE, PREMISES CONSIDERED, Counsel for the State prays the Court grant an extension of time for an additional thirty days for filing the State's brief.

Respectfully submitted,

**Nicholas "Nico" LaHood**
Criminal District Attorney
Bexar County, Texas


/s/ *Troy Meinke*

Troy Meinke
Assistant Criminal District Attorney
Bexar County, Texas
State Bar No. 2406875
300 Dolorosa, 5th Floor
Cadena-Reeves Justice Center
San Antonio, Texas 78205
Voice: (210) 335-2556
Fax: (210) 335-0784
Email: tmeinke@bexar.org
*Attorneys for the State of Texas*




## CERTIFICATE OF CONFERENCE


Pursuant to Texas Rule of Appellate Procedure 10.1 (5)(b), the State attempted to communicate with Kelly Green, Attorney for Frank Hernandez. The State sent a telephonic fax on January 27, 2015. The State attempted to leave a verbal message for Ms. Green on January 29, 2015. I have not been able to make contact with Ms. Green.

## CERTIFICATE OF SERVICE

I, Troy L. Meinke, Assistant Criminal District Attorney, Bexar County, Texas, hereby certify a true copy of the above and foregoing Motion for Extension of Time to File State's Brief was mailed to Kelly Green on Friday, January 30, 2015.

Troy Meinke
Assistant Criminal District Attorney

**Kelly Green**
Attorney for Frank Hernandez
455 S. Main Ave.
San Antonio, TX. 78204

4